ALFONZO HORNE v. STATE OF FLORIDA

3 So. (2nd) 511
Division B
Opinion Filed July 22, 1941

*George S. Okell,* for Plaintiff in Error;

*J. Tom Watson,* Attorney General, *Woodrow M. Melvin,* Assistant Attorney General, *Robert R. Taylor,* County Solicitor, and *Thos. H. Anderson,* Assistant County Solicitor, for Appellee.

PER CURIAM.—A jury was waived and this case was tried before the judge, the only question being one of identification. The records and the briefs have been examined, the evidence is conflicting but there is ample positive evidence to support the judgment.

Affirmed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, J. J., concur.